### BROOKS *v.* THE STATE.

ATKINSON, J. The evidence was sufficient to support the verdict. There was no error in the charge of the court, or in any ruling made during the progress of the trial, sufficient to require the grant of a new trial.

*Judgment affirmed. All the Justices concur.*

APRIL 15, 1910.

Indictment for murder. Before Judge Roan. Fulton superior court. January 15, 1910.

*H. J. Boswell* and *Philip W. Davis,* for plaintiff in error.

*John C. Hart, attorney-general, C. D. Hill, solicitor-general,* and *D. K. Johnston,* contra.